# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19mj57 |
| | ) | |
| JAMES L. JORDAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES L. JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113 (assault with intent to commit to murder within the special maritime and territorial jurisdiction of the United States); & 1111 (murder within the special maritime and territorial jurisdiction of the United States)

Date: 5/11/19 @ 6:31 p.m.

*Issuing officer's signature*

City and state: Abingdon, VA

HONORABLE JUDGE PAMELA MEADE SARGENT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*