FID: 10581732
1984-0513-2273-J

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia


Received
8:15 am, May 13 2019
United States Marshals Service
Western District of Virginia

United States of America
v.

JAMES L. JORDAN
*Defendant*

Case No. 1:19 mj 57

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES L. JORDAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113 (assault with intent to commit to murder within the special maritime and territorial jurisdiction of the United States); & 1111 (murder within the special maritime and territorial jurisdiction of the United States)

Date: 5/11/19 @ 6:31 p.m.

*Issuing officer's signature*

HONORABLE JUDGE PAMELA MEADE SARGENT
*Printed name and title*

City and state: Abingdon, VA

| Return | |
|---|---|
| This warrant was received on *(date)* 5/11/2019, and the person was arrested on *(date)* 5/11/2019 at *(city and state)* W/ VA. | |
| Date: 5/13/2019 | *Jim Satterwhite ASDUSM* <br> *Arresting officer's signature* |
| ** arrested by FBI on 5/11 via Criminal Complaint ** | Jim Satterwhite, USMS for FBI <br> *Printed name and title* |