**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT**

**Case No.: 1:19MJ57**              **Date: 5/13/19**

**Defendant: James L. Jordan, Custody**              **Counsel: Nancy Dickenson, AFPD**

| PRESENT: | JUDGE: | Pamela Meade Sargent | TIME IN COURT: 10:34 – 10:43 a.m. |
| | Deputy Clerk: | Felicia Clark | Total: 9 minutes |
| | Court Reporter: | Felicia Clark, FTR | |
| | U. S. Attorney: | Zachary Lee | |
| | USPO: | Ryan Thayer | |
| | Case Agent: | Michael Adkins, FBI Agent; James Willett, SA Forest Service | |

## INITIAL APPEARANCE

☒  Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒  Government motion for detention. Government motion for psychiatric (competency and sanity) evaluation. No position by defense counsel. Court granted both motions. Defendant was remanded to custody.