APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:19MJ57

v.

DATE: 5/13/19

JAMES L. JORDAN

TYPE OF HEARING: Initial Appearance
*************************************************************************
PARTIES:
1. Pamela Meade Sargent, USMJ        6. _____
2. Zachary Lee                        7. _____
3. Nancy Dickenson                    8. _____
4. James L. Jordan                    9. _____
5. _____                    10. _____
*************************************************************************
Recorded by: Felicia Clark, FTR                Time in Court: 10:34 – 10:43 a.m.

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:34 | 1 | | | | | | | | |
| 10:35 | 1,4 | | | | | | | | |
| 10:36 | 1,3 | | | | | | | | |
| 10:37 | 1,2,3 | | | | | | | | |
| 10:38 | 1 | | | | | | | | |
| 10:40 | 1,3,4 | | | | | | | | |
| 10:42 | 1,2,4 | | | | | | | | |
| 10:43 | 1 | | | | | | | | |