# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:19mj00057 |
| | ) | |
| **JAMES L. JORDAN,** | ) | **ORDER** |
|     **Defendant,** | ) | |

On motion of counsel for the government, with counsel for the defendant not objecting, it is hereby **ORDERED**, pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and 4247(c), that the defendant be detained for psychological or psychiatric examination for a period of not more than 45 days from the date of the defendant's arrival at the designated institution. The examining psychiatrist/psychologist shall report his/her findings to this court as to the following:

1. Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense (18 U.S.C. § 4241); and

2. Whether the defendant may have suffered from a mental disease or defect at the time of the alleged offense, and, if so, whether he lacked substantial capacity to appreciate the wrongfulness of his conduct (18 U.S.C. § 4242).

The report shall be **SEALED** by the Clerk upon receipt. Upon receipt, the Clerk also shall send a copy of the report to all counsel of record.

The Bureau of Prisons shall designate the defendant to the appropriate facility forthwith, and the U.S. Marshals Service shall transport the defendant to the designated facility as soon as possible. It is **ORDERED** that the U.S. Marshals Service shall arrange for appropriate psychiatric or psychological treatment, including appropriate medications, for the defendant pending his arrival at the designated facility. It is **FURTHER ORDERED** that, upon the defendant's discharge from Bureau of Prisons' custody to return to this district, the Bureau of Prisons shall arrange for an adequate supply of any necessary medications to accompany the defendant.

The Clerk is directed to send certified copies of this Order to the United States Marshal for this district and to all counsel of record.

**ENTERED:** May 13, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE