IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 1:19MJ57            Date: 7/3/19

**Defendant:** James L. Jordan; custody        **Counsel:** Lisa Lorish; AFPD

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 11:32 – 11:40=8 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Zachary Lee
- USPO: Ryan Thayer
- Case Agent: Micah Childers
- Interpreter: N/A

PROCEEDINGS:
Parties present for competency hearing; Court will enter an order finding the report is sufficient and will not request a further evaluation; no additional evidence by either side; Court finds the defendant is not competent and he will be transported to a federal facility to be restored to competency; court directs the clerk to docket an oral order allowing a copy of the psy report to be provided to the U.S. Marshals service.

Defendant remanded to custody.