UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
180 WEST MAIN STREET
SUITE 123
ABINGDON, VIRGINIA 24210

PAMELA MEADE SARGENT
United States Magistrate Judge

Telephone (276) 628-6021
Fax (276) 628-6072

July 29, 2019

Ms. Lisa M. Lorish *(via CM/ECF)*
Federal Public Defenders Office
401 E. Market Street, Suite 106
Charlottesville, VA 22902

Mr. Matthew Leland Engle *(via CM/ECF)*
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902

Mrs. Nancy C. Dickenson *(via CM/ECF)*
Federal Public Defenders Office
201 Abingdon Place
Abingdon, VA 24211

Mrs. Juval Orisha Scott *(via CM/ECF)*
Federal Public Defenders Office
210 First Street, SW, Suite 400
Roanoke, VA 24011

Mr. Zachary T. Lee *(via CM/ECF)*
U.S. Attorneys Office
180 W. Main Street, Suite B19
Abingdon, VA 24210

Mrs. Lena L. Busscher *(via CM/ECF)*
U.S. Attorneys Office
180 W. Main Street, Suite B19
Abingdon, VA 24210

Mr. Thomas T. Cullen *(via CM/ECF)*
U.S. Attorneys Office
310 First Street, SW, Suite 906
Roanoke, VA 24008

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

7/30/19
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

   Re:  *United State of America v. James L. Jordan*
        *Case No. 1:19mj00057*
        *(SEALED)*

Dear Counsel:

   Enclosed for your records is a statement letter dated July 16, 2019, from Stephen and Christy McDonald requesting that such statement be considered should Mr. Jordan's case enter the sentencing phase.

                                         Sincerely,

                                         Pamela Meade Sargent

*Enclosure*
c:   Mr. Ryan S. Thayer *(with enclosure)*

Case 1:19-mj-00057-PMS   Document 48   Filed 07/30/19   Page 1 of 1   Pageid#: 156