

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

October 15, 2019

The Honorable Pamela Meade Sargent
United States District Court
180 West Main Street, Suite 123
Abingdon, Virginia 24210

RECEIVED IN CHAMBERS

OCT 28 2019

Hon. Pamela Meade Sargent
U.S. Magistrate Judge

RE: JORDAN, James L.
Register Number: 22607-084
Docket Number: 1:19MJ00057

Dear Judge Sargent:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on October 1, 2019, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end January 28, 2020. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, at extension 6030.

Respectfully,

T. Scarantino, Complex Warden

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 29 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

cc: Zachary T. Lee, Assistant United States Attorney
Lena Lockridge Busscher, Assistant United States Attorney
Thomas T. Cullen, Assistant United States Attorney
Lisa M. Lorish, Defense Attorney
Matthew Leland Engle, Defense Attorney
Nancy Combs Dickenson, Defense Attorney
Juval Orisha Scott, Defense Attorney