# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Case No: 1:19mj00057 |
| **JAMES L. JORDAN,** ) | |
| Defendant, ) | **ORDER** |

By Order entered July 8, 2019, the court committed the defendant to the custody of the Attorney General to be hospitalized for treatment for a reasonable period of time to determine whether there is a substantial probability that the defendant will be restored to competency. Subsequently, the defendant was transferred to the Bureau of Prisons' Federal Medical Center at Butner, N.C., where he has undergone treatment.

This matter is before the court on the request of the Bureau of Prisons for an extension of time to continue treating the defendant in an effort to restore the defendant to competency. The matter also is before the court on the Motion To Grant Extension Of Competency Evaluation Period Without A Hearing, (Docket Item No. 55) ("Motion"), filed by defense counsel. Based on the above, and the arguments set forth in the Motion, it is **ORDERED** as follows:

1. The period for restoration shall be extended by 120 days pursuant to Title 18 U.S.C. § 4241(d)(2);
2. The defendant shall remain in the custody of the Attorney General for this additional reasonable period of time;

3. The U.S. Marshals Service shall not transport the defendant back to this district until further order of the court; and

4. At the conclusion of this additional 120-day period, the treating psychiatrist or psychologist shall report his/her findings to this court as to the following:

   a. Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense; and

   b. If so, whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit his trial to proceed.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the Warden, FMC Butner, P.O. Box 1600, Butner, N.C. 27509.

**ENTERED:**   February 25, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

2