IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:19mj00057

JAMES L. JORDAN

## MOTION TO WITHDRAW AS COUNSEL FOR JAMES L. JORDAN

Comes now counsel for the defendant, Nancy Dickenson-Vicars, Assistant Federal Public Defender, and respectfully moves this Honorable Court for leave to withdraw as counsel.  In May 2019, Federal Public Defender Juval O. Scott and Assistant Federal Public Defender Lisa Lorish filed Notices of Appearance of Counsel with this court, and they will remain counsel of record.

WHEREFORE, it is requested that this Court allow Nancy Dickenson-Vicars to withdraw from representation of the defendant and that Juval O. Scott and Lisa Lorish of the Federal Public Defender's Office, remain as counsel of record.

Respectfully submitted,

s/Nancy Dickenson-Vicars
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, VA  24211
Va. Bar No. 28120
nancy_dickenson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the United States Attorney's Office, and to other counsel of record, this 5th day of March, 2020.

s/Nancy Dickenson-Vicars