# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 1:19mj00057 |
| ) | |
| **JAMES L. JORDAN,** ) | **ORDER** |
| **Defendant,** ) | |

Pursuant to 18 U.S.C. §§ 4241(d) and 4247(b), the court previously ordered that the defendant, James L. Jordan, be detained for psychiatric or psychological treatment to restore competency. The report of that treatment has now been received by the court, which report advises that the defendant is competent to understand the nature and consequences of the proceedings and to assist properly in his defense. A hearing on this issue was held on June 11, 2020. At this hearing, counsel for the defense and the Government stated that they wished to rely on the report filed with the court.

Therefore, the court finds that the defendant is mentally competent for the charges against him to proceed, in that there is no reasonable cause to believe that the defendant is presently suffering from a mental disease or defect to the extent that the defendant is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is further **ORDERED** that the defendant remain detained pending further order of the court.

**ENTERED:** June 11, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE